# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,

               Plaintiff,

       **V.**

EMULGEN LABORATORIES INC.,
DOCTOR'S DERMATOLOGIC FORMULA
AND BORLIND OF GERMANY, INC.,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 06-652

TO:   Doctor's Dermatologic Formula
       c/o Delaware Secretary of State
       John G. Townsend Building
       Federal and Duke of York Streets
       Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Arthur G. Connolly, III, Esquire
      CONNOLLY BOVE LODGE & HUTZ LLP
      The Nemours Building
      1007 North Orange Street
      Post Office Box 2207
      Wilmington, Delaware 19899-2207
      Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_(signature)_

(BY) DEPUTY CLERK

FEB 1 3 2007

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2/13/07 | |
|---|---|---|
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED:  DOCTOR'S DERMATOLOGIC FORMULA  C/O THE DELAWARE SECRETARY OF STATE  DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/07
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.