IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00652-JJF |
| | ) |
| EMULGEN LABORATORIES, INC. | ) |
| DOCTOR'S DERMATOLOGIC FORMULA. | ) |
| BORLIND OF GERMANY, INC. | ) |
| | ) |
| Defendants | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Emulgen Laboratories, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 5, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur D. Connolly III*

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Plaintiff

EMULGEN LABORATORIES, INC.
by SANTIMOY BANERJEE PRESIDENT

*/s/ Santimoy Banerjee*

PRO SE
Dr. Santimoy Banerjee
Chairman and CEO
Emulgen Laboratories, Inc.
886 Willson Drive
Des Plaines, Illinois 60016
847-981-4982

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Santimoy Banerjee, President<br>Emulgen Laboratories Inc.<br>886 Willson Drive<br>Des Plaines, IL 60016 | Mathew R. P. Perrone, Jr.<br>Law Office of Mathew R.P. Perrone, Jr.<br>210 South Main Street<br>Algonquin, IL 60102 |
| Muriel Kulow, President<br>Börlind of Germany<br>962 Route 11<br>Sunapee, NH 03782-3015 | Susan G.L. Glovsky<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |
| | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524934_1