IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-652 (JJF) |
| EMULGEN LABORATORIES, INC., | ) | Jury Demanded |
| DOCTOR'S DERMATOLOGIC FORMULA | ) | |
| and BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1.     I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.     On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Emulgen Laboratories Inc., and a letter addressed to Santimoy Banerjee, President, Emulgen Laboratories Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Emulgen Laboratories Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.     On February 26, 2007, the package referenced in paragraph 2, was received by Emulgen Laboratories Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____

Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

_____

NOTARY PUBLIC

SHIRLEY ANNE JONES
MY COMMISSION
EXPIRES
NOVEMBER 8, 2009
NOTARY PUBLIC
STATE OF DELAWARE

530631_1

# EXHIBIT A

| Registered No. | Date Stamp |
|---|---|
| RB9722232295 US | |

**Reg. Fee** 7.90

**Handling Charge** | **Return Receipt** 1.85

**Postage** 6.05 | **Restricted Delivery**

**Received by** Ken

*To Be Completed By Post Office*

**Customer Must Declare Full Value $** — With Postal Insurance / ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

**FROM**
Acc.3 (5077X15)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

**TO**
Suntinay Banerle, President
Emulgen Lab, Inc.
886 Willson Dr.
Des Plaines, IL 60016

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form 3806, **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)          *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* SANTI BANERJI   B. Date of Delivery 1-02/26/07 |
| | C. Signature<br>X Santi    ☐ Agent   ☒ Addressee |
| 1. Article Addressed to:<br>Santimoy Banerjee, Pres<br>Emulgen Lab, Inc.<br>8860 Willson Dr.<br>Des Plaine, IL 60016 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☒ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB912 232 298US | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789 | |