IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>EMULGEN LABORATORIES, INC., )<br>DOCTOR'S DERMATOLOGIC FORMULA )<br>and BORLIND OF GERMANY, INC. )<br>)<br>Defendants. ) | Civil Action No. 06-652 (JJF)<br>Jury Demanded |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Doctor's Dermatologic Formula, and a letter addressed to President, Doctor's Dermatologic Formula, and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Doctor's Dermatologic Formula, pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On February 26, 2007, the package referenced in paragraph 2, was received by Doctor's Dermatologic Formula  The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

*[signature]*
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

*[signature]*
NOTARY PUBLIC

*[Notary seal: Shirley Anne Jones, My Commission Expires November 8, 2009, Notary Public, State of Delaware]*

530639_1

2

# EXHIBIT A

Registered No. KB972232304US    Date Stamp

| Reg. Fee 7.90 | |
| --- | --- |
| Handling Charge | Return Receipt 1.85 |
| Postage 6.05 | Restricted Delivery |
| Received by *Kem* | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance / ☒ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
AGC II (5077*15)
Connolly, Bove, Lodge & Hutz
P.O. Box 2207
Wilm, DE, 19801

TO:
President
DDF Skin Care
28 Wells Ave Building 3
Yonkers, N.Y. 10701

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery 2/20/07 |
| | C. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>President<br>DDF Skincare<br>28 Wells Ave.<br>Building 3<br>Yonkers, NY 10701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label)<br>RB 972 232 304 US | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |