IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.                )<br>                                                                 )<br>            Plaintiff,                                      )<br>                                                                 )<br>     v.                                                          )<br>EMULGEN LABORATORIES, INC.,        )<br>DOCTOR'S DERMATOLOGIC FORMULA )<br>and BORLIND OF GERMANY, INC.          )<br>                                                                 )<br>            Defendants.                                 ) | Civil Action No. 06-652 (JJF)<br>Jury Demanded |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1.  I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.  On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Borlind of Germany, Inc., and a letter addressed to Muriel Kulow, President, Borlind of Germany, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Borlind of Germany, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.  On February 27, 2007, the package referenced in paragraph 2, was received by Borlind of Germany, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 2nd day of April, 2007.

_____
NOTARY PUBLIC

[Notary Seal: Shirley Anne Jones, My Commission Expires November 8, 2009, Notary Public, State of Delaware]

530658_1

# EXHIBIT A

| Registered No. RB972232318US | Date Stamp |
|---|---|
| Reg. Fee 7.90 | |
| Handling Charge | Return Receipt 1.85 |
| Postage 6.05 | Restricted Delivery |
| Received by [signature] | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☑ Without Postal Insurance |

OFFICIAL USE

FROM:
AGC, 3 (5077#15)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO:
Muriel Kulow, President
Börlind of Germany
962 Route 11
Sunapee, NH 03782-3015

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Douglas Martin   B. Date of Delivery 2/27/07<br>C. Signature X *Douglas Martin*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Muriel Kulow, Pres<br>Börlind of Germany<br>902 Rte. 11<br>Sunapee, NH 03782-3015 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB 972 232 318 US | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |