IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-00652-JJF |
| | ) |
| EMULGEN LABORATORIES, INC. | ) |
| DOCTOR'S DERMATOLOGIC FORMULA | ) |
| BORLIND OF GERMANY, INC. | ) |
| | ) |
| Defendants | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Borlind of Germany, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including May 3, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP      HAMILTON BROOK SMITH REYNOLDS

*/s/ Arthur G. Connolly, III*            */s/ Susan G.L. Glovsky*
Arthur G. Connolly, III (#2667)          Susan G.L. Glovsky
The Nemours Building                     530 Virginia Road
1007 North Orange Street                 P.O. Box 91133
P.O. Box 2207                            Concord, MA 01742
Wilmington, DE 19899                     (978) 341-0136
(302) 658-9141

Attorneys for Plaintiff                  Attorneys for Defendant
Tristrata Technology, Inc.               Borlind of Germany, Inc.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Santimoy Banerjee, President<br>Emulgen Laboratories Inc.<br>886 Willson Drive<br>Des Plaines, IL 60016 | Mathew R. P. Perrone, Jr.<br>Law Office of Mathew R.P. Perrone, Jr.<br>210 South Main Street<br>Algonquin, IL 60102 |
| Muriel Kulow, President<br>Börlind of Germany<br>962 Route 11<br>Sunapee, NH 03782-3015 | Susan G.L. Glovsky<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |

  /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#525423_1