# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-652-JJF |
| | ) | |
| EMULGEN LABORATORIES, INC. | ) | |
| DOCTOR'S DERMATOLOGIC FORMULA | ) | |
| AND BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS AND TO CHANGE VENUE

Defendant EMULGEN LABORATORIES, INC., by and through its counsel, hereby moves to dismiss or change venue pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3). The grounds for this motion are set forth in detail in Emulgen Laboratories, Inc.'s Opening Brief im Support of its Motion to Dismiss and Change Venue filed herewith.

DATED: April 5, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:
Ronald A. Stearney, Jr.
Law Offices Of Ronald A. Stearney
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-456-6900

*Attorneys for Defendant Emulgen Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on April 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur G. Connolly, III, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

I further certify that on April 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY FACSIMILE AND U.S. MAIL**
>
>Michael O. Warnecke, Esquire
>Debra Rae Bernard, Esquire
>Douglas L. Sawyer, Esquire
>Aric S. Jacover, Esquire
>MAYER, BROWN, ROWE and MAW LLP
>71 South Wacker Drive
>Chicago, IL 60606
>(Fax: 312-701-7711)

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>*Attorneys for Defendant Emulgen Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-652-JJF |
| ) | |
| EMULGEN LABORATORIES, INC. ) | |
| DOCTOR'S DERMATOLOGIC FORMULA ) | |
| AND BORLIND OF GERMANY, INC. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Defendant Emulgen Laboratories, Inc.'s Motion to Dismiss or Change Venue is hereby GRANTED.

_____
United States District Judge