IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> EMULGEN LABORATORIES, INC. ) <br> DOCTOR'S DERMATOLOGIC FORMULA ) <br> AND BORLIND OF GERMANY, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 06-652-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ronald A. Stearney, Jr. to represent EMULGEN LABORATORIES, INC. in this matter.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Karen E. Keller

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Emulgen Laboratories, Inc.*

DATED: April 9, 2007

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Signed: _____
Ronald A. Stearney, Jr.
Law Offices Of Ronald A. Stearney
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-456-6900

DATED: 4/5/07

# CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on April 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

I further certify that on April 9, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY FACSIMILE AND U.S. MAIL**
>
> Michael O. Warnecke, Esquire
> Debra Rae Bernard, Esquire
> Douglas L. Sawyer, Esquire
> Aric S. Jacover, Esquire
> MAYER, BROWN, ROWE and MAW LLP
> 71 South Wacker Drive
> Chicago, IL 60606
> (Fax: 312-701-7711)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Emulgen Laboratories, Inc.*