IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>                                           )<br>       Plaintiff,       )<br>                                           )<br>v.                     )<br>                                         )<br>EMULGEN LABORATORIES , INC.  )<br>DOCTOR'S DERMATOLOGIC FORMULA.  )<br>BORLIND OF GERMANY, INC.  )<br>                                         )<br>      Defendants     )  | C.A. No. 06-00652-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which Tristrata Technology, Inc. ("Tristrata") may file its answering brief in response to Emulgen Laboratories, Inc.'s ("Emulgen") Motion to Dismiss (D.I. 14) (the "Motion") is hereby extended through and including April 30, 2007; and, the time within which Emulgen may file its reply brief in support of the Motion is hereby extended through and including May 7, 2007.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Arthur G. Connolly, III | /s/ Karen E. Keller |
| Arthur G. Connolly, III (#2667) | Karen E. Keller, Esq.(#4489) |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street | 1000 West Street |
| P.O. Box 2207 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 571-6554 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Tristrata Technology, Inc. | Emulgen Laboratories, Inc. |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Santimoy Banerjee, President<br>Emulgen Laboratories Inc.<br>886 Willson Drive<br>Des Plaines, IL 60016 | Ronald A. Stearney, Jr.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Muriel Kulow, President<br>Börlind of Germany<br>962 Route 11<br>Sunapee, NH 03782-3015 | Susan G.L. Glovsky<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |
| Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | |

                                          /s/Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)