IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> EMULGEN LABORATORIES, INC., ) <br> DOCTOR'S DERMATOLOGIC FORMULA ) <br> and BORLIND OF GERMANY, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 06-652 (JJF) <br> Jury Demanded |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Santimoy Banerjee, President<br>Emulgen Laboratories Inc.<br>886 Willson Drive<br>Des Plaines, IL 60016 | Ronald A. Stearney, Jr.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Muriel Kulow, President<br>Börlind of Germany<br>962 Route 11<br>Sunapee, NH 03782-3015 | Susan G.L. Glovsky<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |
| Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#534503_1