IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00652-JJF |
| ) | |
| EMULGEN LABORATORIES, INC. ) | |
| DOCTOR'S DERMATOLOGIC FORMULA. ) | |
| BORLIND OF GERMANY, INC. ) | |
| ) | |
| Defendants ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Borlind of Germany, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including June 4, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Arthur J. Connolly III_
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

HAMILTON BROOK SMITH REYNOLDS

_/s/ Susan G. L. Glovsky_
Susan G. L. Glovsky
530 Virginia Road
P.O. Box 91133
Concord, MA 01742
(978) 341-0136

Attorneys for Defendant
Borlind of Germany, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Karen Elizabeth Keller, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | Ronald A. Stearney, Jr., Esq.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Susan G.L. Glovsky, Esq.<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 | |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |
| Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#534503_1