IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>EMULGEN LABORATORIES, INC. )<br>DOCTOR'S DERMATOLOGIC FORMULA. )<br>BORLIND OF GERMANY, INC. )<br>)<br>      Defendants )  | C.A. No. 06-00652-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the Order of the Court, that the time within which Emulgen may file its reply brief in support of the Motion to Dismiss is hereby extended through and including May 16, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP      YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

Karen E. Keller, Esq.
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899
(302) 571-6554

Attorneys for Defendant
Emulgen Laboratories, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge