IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00652-JJF |
| ) | |
| EMULGEN LABORATORIES, INC. ) | |
| DOCTOR'S DERMATOLOGIC FORMULA. ) | |
| BORLIND OF GERMANY, INC. ) | |
| ) | |
| Defendants ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Borlind of Germany, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 5, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP        HAMILTON BROOK SMITH REYNOLDS

_____            _____
Arthur G. Connolly, III (#2667)        Susan G.L. Glovsky
The Nemours Building                   530 Virginia Road
1007 North Orange Street               P.O. Box 91133
P.O. Box 2207                          Concord, MA 01742
Wilmington, DE 19899                   (978) 341-0136
(302) 658-9141

Attorneys for Plaintiff                Attorneys for Defendant
Tristrata Technology, Inc.             Borlind of Germany, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Karen E. Keller, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | Ronald A. Stearney, Jr., Esq.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Susan G.L. Glovsky, Esq.<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 | |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |

    /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#536087_1