IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00652-JJF |
| ) | |
| EMULGEN LABORATORIES, INC. ) | |
| DOCTOR'S DERMATOLOGIC FORMULA. ) | |
| BORLIND OF GERMANY, INC. ) | |
| ) | |
| Defendants ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Borlind of Germany, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 12, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP          HAMILTON BROOK SMITH REYNOLDS

*/s/ Arthur G. Connolly, III*                          */s/ Susan G.L. Glovsky*

Arthur G. Connolly, III (#2667)                 Susan G.L. Glovsky
The Nemours Building                             530 Virginia Road
1007 North Orange Street                         P.O. Box 91133
P.O. Box 2207                                    Concord, MA 01742
Wilmington, DE 19899                             (978) 341-0136
(302) 658-9141

Attorneys for Plaintiff                          Attorneys for Defendant
Tristrata Technology, Inc.                       Borlind of Germany, Inc.


SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Louis C. Paul, Esq.<br>Louis C. Paul & associates, PLLC<br>730 Fifth Avenue, 9th Floor<br>NewYork, NY 10019 | |
| Frederick Wong, President<br>Beauty Naturally Inc.<br>850 Stanton Road<br>Burlingame, CA 94011-4905 | |
| Mary B. Graham, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>Chase Manhattan Center<br>1201 North Market Street,<br>P.O. Box 1347<br>Wilmington, DE 19899 | |
| Melanie K. Sharp, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Garret A. Leach, Esq.<br>KIRKLAND & ELLIS LLP<br>200 East Randolph<br>Chicago, IL 60601 |

      /s/Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)

#53764_1