IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00652-JJF |
| | ) | |
| EMULGEN LABORATORIES, INC. | ) | |
| DOCTOR'S DERMATOLOGIC FORMULA, | ) | |
| BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF DISMISSAL
### OF DOCTOR'S DERMATOLOGIC FORMULA

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, TriStrata Technology Inc., through undersigned counsel, dismisses with prejudice defendant Doctor's Dermatologic Formula.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
TriStrata Technology, Inc.

DATED: July 11, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Karen Elizabeth Keller, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | Ronald A. Stearney, Jr., Esq.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 |
| Susan G.L. Glovsky, Esq.<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742<br>(978) 341-0136 | |
| President<br>DDF Skincare<br>28 Wells Avenue<br>Building 3<br>Yonkers, NY 10701 | |
| Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | |

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#551167_1