IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-00652-JJF |
| ) | |
| EMULGEN LABORATORIES , INC. ) | |
| DOCTOR'S DERMATOLOGIC FORMULA. ) | |
| BORLIND OF GERMANY, INC. ) | |
| ) | |
| Defendants ) | |

### NOTICE OF DISMISSAL OF BORLIND OF GERMANY, INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, TriStrata Technology, Inc., through undersigned counsel, dismisses with prejudice, defendant Borlind of Germany, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: September 17, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Karen Elizabeth Keller, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | |
| Susan G.L. Glovsky, Esq.<br>HAMILTON BROOK SMITH REYNOLDS<br>530 Virginia Road<br>P.O. Box 91133<br>Concord, MA 01742 | |
| Ronald A. Stearney, Jr., Esq.<br>Law Offices Of Ronald A Stearney<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606 | |
| Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | |

          /s/Arthur G. Connolly, III
          Arthur G. Connolly, III (#2667)

#564552_1