IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.          :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 06-652-JJF
                                    :
EMULGEN LABORATORIES, INC.,         :
DOCTOR'S DERMATOLOGIC FORMULA,      :
AND BORLIND OF GERMANY, INC.        :
                                    :
        Defendants.                 :

### ORDER

At Wilmington, this 25 day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendant Emulgen's Motion To Dismiss and, in the Alternative, Motion To Transfer Venue (D.I. 14) is **DENIED**.

                                    _____
                                    UNITED STATES DISTRICT JUDGE