IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-652-JJF |
| | ) | |
| EMULGEN LABORATORIES, INC. | ) | |
| DOCTOR'S DERMATOLOGIC FORMULA | ) | |
| AND BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP'S UNOPPOSED MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), as counsel for defendant Emulgen Laboratories, Inc. ("Emulgen") in the above-captioned action, and pursuant to D. Del. LR 83.7 and Rule 1.16(b)(5) and (6) of the Delaware Lawyers Rules of Professional Conduct, hereby moves for leave to withdraw from its representation. The grounds for this motion are as follows:

1. Emulgen has communicated that it will not be able to substantially fulfill an obligation to Young Conaway regarding services provided and to be provided by Young Conaway.

2. Emulgen has been given reasonable warning that Young Conaway will move to withdraw unless the obligations are fulfilled.

3. Continued representation of Emulgen would impose an unreasonable financial hardship to Young Conaway, and it would be unreasonably difficult for Young Conaway to continue its representation.

4. Withdrawal from representation can be accomplished without material adverse effect to Emulgen because Emulgen will have ample opportunity to make arrangements for successor Delaware counsel and are also represented by out-of-state counsel in this matter.

5. Counsel for Plaintiff has been contacted and Plaintiff does not oppose this motion.

WHEREFORE, Young Conaway respectfully requests that the Court enter an Order in the form attached hereto granting this Motion for Leave to Withdraw as Counsel.

Respectfully submitted,

DATED: April 4, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

# CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on April 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

I further certify that on April 4, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FACSIMILE AND U.S. MAIL**

> Michael O. Warnecke, Esquire
> Debra Rae Bernard, Esquire
> PERKINS COIE
> 131 South Dearborn Street
> Chicago, IL 60603
> (Fax: 312-324-9400)

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen E. Keller*
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com
> *Attorneys for Defendant Emulgen Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMULGEN LABORATORIES, INC. ) <br> DOCTOR'S DERMATOLOGIC FORMULA ) <br> AND BORLIND OF GERMANY, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 06-652-JJF |

THIS ____ day of _____, 2008,

1. The Court, having considered the motion of Young Conaway Stargatt & Taylor, LLP for leave to withdraw from representation of defendant Emulgen Laboratories, Inc. in this action;

2. And it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Young Conaway Stargatt & Taylor, LLP is granted leave to withdraw from representation of defendant Emulgen Laboratories, Inc. in this action and that such withdrawal is effective immediately.

_____
United States District Court Judge