IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-652-JJF |
| | ) | |
| EMULGEN LABORATORIES, INC. | ) | |
| DOCTOR'S DERMATOLOGIC FORMULA | ) | |
| AND BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

THIS 9 day of April, 2008,

1. The Court, having considered the motion of Young Conaway Stargatt & Taylor, LLP for leave to withdraw from representation of defendant Emulgen Laboratories, Inc. in this action;

2. And it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Young Conaway Stargatt & Taylor, LLP is granted leave to withdraw from representation of defendant Emulgen Laboratories, Inc. in this action and that such withdrawal is effective immediately.

_____
United States District Court Judge