## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00652-JJF |
| | ) | |
| EMULGEN LABORATORIES , INC. | ) | |
| DOCTOR'S DERMATOLOGIC FORMULA. | ) | |
| BORLIND OF GERMANY, INC. | ) | |
| | ) | |
| Defendants | ) | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
### AGAINST DEFENDANT EMULGEN LABORATIES, INC.
### AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Tristrata Technology, Inc. ("TTI"), by and through its counsel, respectfully

moves this Court for a default judgment against Defendant Emulgen Laboratories, Inc.

("Emulgen") pursuant to Federal Rule of Civil Procedure 55.

### MOTION FOR DEFAULT JUDGMENT

1.    On October 20, 2006, Plaintiff filed its Complaint against Defendant Emulgen

Laboratories, Inc.

2.    On February 13, 2007, TTI served Emulgen by serving the Secretary of State

pursuant to 10 Del. C. § 3104, filed the executed return of service with the Court, and caused a

copy of the Complaint, the summons for Emulgen, and a letter addressed to Emulgen, to be

forwarded to Emulgen via registered mail return receipt requested.  A copy of the letter and

registered mail receipt are attached hereto as Exhibit A.  A copy of the confirmation and tracking

form received from the United States Postal Service is attached hereto as Exhibit B.

3.      On April 2, 2007, Arthur G. Connolly, III on behalf of TTI, filed an Affidavit of Mailing pursuant to 10 Del. C. § 3104 and D. Del. LR 4.1(b), in which the details of service are described. A copy of the Affidavit is attached hereto as <u>Exhibit C</u>.

4.      Emulgen filed a motion to Dismiss and to Change Venue (DI 14). After briefing, on February 25, 2008 this Court issued a Memorandum Opinion (DI 32) and Order (DI 33) denying Emulgen's motion. As a result, Emulgen was required to file an answer to the Complaint within twenty (20) days of service or by no later than March 17, 2008.

5.      To date, Emulgen has not answered or otherwise responded to the Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court:

A.      Enter a default judgment against Emulgen pursuant to Fed. R. Civ. P. 55 on all counts of the Complaint;

B.      Grant Plaintiff a period of time for discovery to determine the amount of damages;

C.      Grant Plaintiff attorney's fees and costs;

D.      Schedule a hearing to determine the amount of damages, including attorney's fees and costs; and

E.      Award to Plaintiffs such other and additional relief as this Court deems just and proper.

## INCORPORATED MEMORANDUM OF LAW

As noted in the Exhibits attached hereto, Emulgen was served with the summons and Complaint on February 13, 2007.  After this Court denied its motion to dismiss and transfer venue, Emulgen has not answered the Complaint.  Because Emulgen's answer was due on or before March 17, 2008, it is clear that Emulgen is in default and judgment should be entered against it.

Plaintiff thus respectfully requests that this Court enter a default judgment against Emulgen in the manner set forth above.


Dated:  April 10, 2008                              Respectfully submitted,


                                                     /s/Arthur G. Connolly, III
                                                    Arthur G. Connolly, III (#2667)
                                                    CONNOLLY BOVE LODGE & HUTZ LLP
                                                    The Nemours Building
                                                    1007 N. Orange Street
                                                    P.O. Box 2207
                                                    Wilmington, DE 19899
                                                    (302) 658-9141

                                                    Of Counsel:
                                                    Michael O. Warnecke
                                                    Douglas L. Sawyer
                                                    PERKINS COIE
                                                    131 South Dearborn Street
                                                    Suite 1700
                                                    Chicago, IL 60603-5559

                                                    Kevin M. McGovern
                                                    Brian T. Foley
                                                    McGOVERN & ASSOCIATES
                                                    545 Madison Avenue, 15th Floor
                                                    New York, New York 10022
                                                    (212) 688-9840

#604234v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2008, the foregoing document was served via

Federal Express on the following:

Santimoy Banerjee, President
Emulgen Laboratories Inc.
886 Willson Drive
Des Plaines, IL 60016

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#604343_1

# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner

DIRECT DIAL:     (302) 888 6318
DIRECT FAX:      (302) 658 0380
EMAIL:           AConnollyIII@cblh.com
REPLY TO:        Wilmington Office

February 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Santimoy Banerjee, President
Emulgen Laboratories Inc.
886 Willson Drive
Des Plaines, IL 60016

    Re:    *Tristrata Technology, Inc. v. Emulgen Laboratories Inc., et al.*, C.A. No. 06-652

Dear Sir:

    Please find enclosed copies of the Summons and Return of Service and the Complaint and Jury Demand for the above-referenced case. The Summons and Complaint were served upon the Delaware Secretary of State on February 13, 2007. Pursuant to 10 Del. C. § 3104, such service is as effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

        Sincerely,

        *C. J. Connolly III*

        Arthur G. Connolly, III

Enclosures

#522969_1

WILMINGTON, DE        WASHINGTON, DC        LOS ANGELES, CA

# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| RB972232295 US | | |

| To Be Completed By Post Office | Reg. Fee 7.90 | |
| | Handling Charge | Return Receipt 1.85 |
| | Postage 6.05 | Restricted Delivery |
| | Received by Rem | |
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance ☒ Without Postal Insurance |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | Acc.3 (5077 X 15) Connolly Bove Lodge & Hutz P.O. Box 2207 Wilm, DE 19801 |
| | TO | Santimay Banerie, President Emulien Lab. Inc. 886 Wilson Dr. Des Plaines, IL 60016 |

PS Form 3806,    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  SANTI BANE RJ  B. Date of Delivery 2-02/20/07<br>C. Signature<br>X _____  ☐ Agent  ☒ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br>Santimoy Banerjee, Pres<br>Emulgen Labs, Inc.<br>886 Willson Dr.<br>Des Plaine, IL 60016 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB972 232 29SUS | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789 | |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC. )
)
Plaintiff, )
)
v. )    Civil Action No. 06-652 (JJF)
EMULGEN LABORATORIES, INC., )    Jury Demanded
DOCTOR'S DERMATOLOGIC FORMULA )
and BORLIND OF GERMANY, INC. )
)
Defendants. )

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 2nd day of April, 2007, does depose and say:

1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.    On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Emulgen Laboratories Inc., and a letter addressed to Santimoy Banerjee, President, Emulgen Laboratories Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Emulgen Laboratories Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.    On February 26, 2007, the package referenced in paragraph 2, was received by Emulgen Laboratories Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_Arthur G. Connolly, III (#2667)_

Sworn to and subscribed before me this 2nd day of April, 2007.

NOTARY PUBLIC

530631_1

2