IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY INC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-652 JJF |
| | : | |
| EMULGEN LABORATORIES, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### CLERK'S ENTRY OF DEFAULT

And now to wit this **22nd** day of **April, 2008**, the Plaintiff, Tristrata Technology Inc., filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55.

It appearing from the record (Ex. A, B, C to D.I. 37), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1)[B]. Defendant, Emulgen Laboratories Inc. has not answered or otherwise moved with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of Plaintiff, Tristrata Technology Inc. and against Defendant, Emulgen Laboratories, Inc.

Peter T. Dalleo, Clerk

By _____
Deputy Clerk