IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY INC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-652 JJF |
| EMULGEN LABORATORIES, INC., et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, Defendant Emulgen Laboratories, Inc. having failed to plead or otherwise defend in this action and the Clerk's Entry of Default having been entered on April 22, 2008;

WHEREAS, an application for Default Judgment has been made by Plaintiff which includes a request for discovery on the issue of damages;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's request for discovery on damages issue is **GRANTED**.

2) The Court will conduct a damages hearing on **September 4, 2008 at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 23, 2008
DATE

UNITED STATES DISTRICT JUDGE